# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenya Hodges,<br><br>         Plaintiff,<br><br>v.<br><br>Glendale Healthcare Associates LLC,<br><br>         Defendant. | No. CV-23-00561-PHX-ROS<br><br>**ORDER** |

Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice (Doc. 7). Accordingly,

**IT IS ORDERED** this case is **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs and fees.

**IT IS FURTHER ORDERED** the Clerk of Court shall close this case.

Dated this 27th day of April, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge